UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'

| Case No. | 2:16-cv-08172-CAS(AFMx) | Date | February 28, 2017 |
|---|---|---|---|
| Title | UL LLC v. THE SPACE CHARIOT INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:** (IN CHAMBERS) - DEFENDANTS THE SPACE CHARIOT INC., KEVIN WALKER, AND DONABELLE ESCAREZ MORTEL'S EX PARTE APPLICATION FOR AN ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. 52, filed February 24, 2017)

On February 24, 2017, defendants The Space Chariot, Kevin Walker, and Donabelle Escarez Mortel (collectively, "defendants") filed an ex parte application to continue the hearing on plaintiff UL's motion for partial summary judgment from March 27, 2017 to May 22, 2017. Dkt. 51.

The Court **DENIES without prejudice** defendants' request for a continuance. Defendants may renew their request upon the submission of an affidavit pursuant to Federal Rule of Civil Procedure Rule 56(d), which requires defendants to "show by affidavit or declaration that, *for specified reasons*, [they] cannot present facts essential to justify [their] opposition[.]" Fed. R. Civ. P. 56(d) (emphasis added). In light of the briefing schedule on plaintiff's motion for summary judgment, the Court **DIRECTS** defendants to file a Rule 56(d) motion and affidavit **on or before March 2, 2017**.

**IT IS SO ORDERED.**

                                                        00 : 00
Initials of Preparer     CMJ