# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>The Space Chariot Inc., a California corporation; Kevin Walker, an individual; Donabelle Escarez Mortel, aka Donabella Mortel, an individual; and John Does 1-10, individuals,<br><br>    Defendants. | Case No.: 2:16-CV-08172-CAS (AFMX)<br><br>*Hon. Christina A. Snyder*<br><br>**[PROPOSED] JUDGMENT FOR PLAINTIFF AGAINST THE SPACE CHARIOT, INC.** |

1

JUDGMENT AGAINST THE SPACE CHARIOT, INC.

On April 20, 2017, the Court granted Plaintiff UL LLC's ("Plaintiff") Motion for Partial Summary Judgment against defendant The Space Chariot, Inc. ("Space Chariot") and awarded Plaintiff statutory damages of one million dollars ($1,000,000) on Counts 1 and 2 of its Complaint. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court has found that, though more than one claim for relief exists and multiple parties are involved, there is no just reason to delay entering judgment for Plaintiff and against Space Chariot. For these reasons and the reasons set forth in the April 20, 2017 Order,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered for Plaintiff and against defendant Space Chariot; Plaintiff is awarded and shall recover from Space Chariot one million dollars ($1,000,000) in statutory damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded and shall recover from Space Chariot prejudgment interest of $21,479.45.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 65, that Space Chariot and its officers, agents, servants, employees, and attorneys, and all others in active concert or participation therewith, are hereby permanently enjoined and restrained from:

(i) using any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's certification marks, (UL) (U.S. Reg. No. 782,589) and (UL)(U.S. (Reg. No. 2,391,140), and the UL service mark (U.S. Reg. No. 4,201,014) (collectively, the "UL Marks"), or variations thereof in connection with the advertisement, offer for sale and/or sale of any merchandise, or in any manner likely to cause others to believe that Space Chariot's products are connected with Plaintiff or the genuine UL Marks, when they are not in fact connected with Plaintiff or the genuine UL Marks; and

(ii) passing off any other goods that are not authorized by Plaintiff as being certified, approved or authorized by Plaintiff;

CHI 68253532v1

| | | | |
|---|---|---|---|
| (iii) | | | committing any other acts reasonably calculated to cause purchasers to believe that Space Chariot's products are authorized or certified by Plaintiff, when in fact such products are not authorized or certified by Plaintiff; |
| (iv) | | | assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (i), (ii) and (iii); and |
| (v) | | | other than by an order of this Court, |
| | (a) | | moving, destroying, or otherwise disposing of any products, labels, or other items, merchandise or documents bearing, relating to or used for reproducing the UL Marks or any reproduction, counterfeit, copy or colorable imitation thereof; or |
| | (b) | | removing, destroying or otherwise disposing of any business records or documents, including electronic business records, relating in any way to the use of the UL Marks in connection with the manufacture, acquisition, purchase, advertisement, distribution, offering for sale or sale of goods. |
| | (c) | | assisting any third party in identifying, moving, destroying, or otherwise disposing of any reproduction, counterfeit or imitation goods, as well as any records pertaining to reproduction, counterfeit or imitation UL Marks or goods, which such use is likely to cause confusion, or to cause mistake, or to deceive. |

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff, the prevailing party, shall recover costs from Space Chariot in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54-1 *et seq.*

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the remaining Counts in Plaintiff's Complaint against Space Chariot—*i.e.*, Counts 3, 4, and 5—are hereby dismissed as to Space Chariot only, provided, however, that the Court shall have continuing jurisdiction over

3

CHI 68253532v1

this matter as to Space Chariot for the purpose of determining and enforcing the pending sanction awards for Plaintiff against Space Chariot.

This Judgment does not apply to and does not affect the remaining defendants or the claims currently pending against them.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
Hon. Christina A. Snyder
United States District Judge