JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>The Space Chariot Inc., a California corporation; Kevin Walker, an individual; Donabelle Escarez Mortel, aka Donabella Mortel, an individual; and John Does 1-10, individuals,<br><br>    Defendants. | Case No.: 2:16-CV-08172-CAS (AFMX)<br><br>*Hon. Christina A. Snyder*<br><br>**[PROPOSED] JUDGMENT FOR PLAINTIFF AGAINST DEFENDANTS KEVIN WALKER AND DONABELLE ESCAREZ MORTEL, AKA DONABELLA MORTEL** |

On May 31, 2017, the Court entered Judgment for Plaintiff UL LLC ("Plaintiff") against Defendant The Space Chariot, Inc., in which Plaintiff was awarded, among other relief, one million dollars ($1,000,000) in statutory damages.

On July 7, 2017, the Court granted Plaintiff UL LLC's ("Plaintiff") Motion for Partial Summary Judgment against defendants Kevin Walker (Walker") and Donabelle Escarez Mortel, aka Donabella Mortel ("Mortel"), holding them jointly and severally liable for the same damages to Plaintiff.

/ / /

For these reasons and the reasons set forth in the July 7, 2017 Order,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered for Plaintiff and against defendants Walker and Mortel in the amount of one million dollars ($1,000,000), as statutory damages for Walker and Mortel's willful, deliberate, and unjustifiable counterfeiting of Plaintiff's trademarks; Walker and Mortel are jointly and severally liable with each other and The Space Chariot, Inc. for this award of statutory damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded and shall recover from Walker and Mortel, jointly and severally, prejudgment interest of $32,109.59.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 65, that Walker and Mortel, and their agents, servants, employees, and attorneys, and all others in active concert or participation therewith, are hereby permanently enjoined and restrained from:

(i) using any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's certification marks, (UL) (U.S. Reg. No. 782,589) and (UL)(U.S. (Reg. No. 2,391,140), and the UL service mark (U.S. Reg. No. 4,201,014) (collectively, the "UL Marks"), or variations thereof in connection with the advertisement, offer for sale and/or sale of any merchandise, or in any manner likely to cause others to believe that Space Chariot's products are connected with Plaintiff or the genuine UL Marks, when they are not in fact connected with Plaintiff or the genuine UL Marks; and

(ii) passing off any other goods that are not authorized by Plaintiff as being certified, approved or authorized by Plaintiff;

(iii) committing any other acts reasonably calculated to cause purchasers to believe that Space Chariot's products are authorized or certified by Plaintiff, when in fact such products are not authorized or certified by Plaintiff;

///

2
[PROPOSED] JUDGMENT AGAINST WALKER AND MORTEL

  (iv) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (i), (ii) and (iii); and

  (v) other than by an order of this Court,

    (a) moving, destroying, or otherwise disposing of any products, labels, or other items, merchandise or documents bearing, relating to or used for reproducing the UL Marks or any reproduction, counterfeit, copy or colorable imitation thereof; or

    (b) removing, destroying or otherwise disposing of any business records or documents, including electronic business records, relating in any way to the use of the UL Marks in connection with the manufacture, acquisition, purchase, advertisement, distribution, offering for sale or sale of goods.

    (c) assisting any third party in identifying, moving, destroying, or otherwise disposing of any reproduction, counterfeit or imitation goods, as well as any records pertaining to reproduction, counterfeit or imitation UL Marks or goods, which such use is likely to cause confusion, or to cause mistake, or to deceive.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff, the prevailing party, shall recover costs from Walker and Mortel in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54-1 *et seq.*

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the remaining Counts in Plaintiff's Complaint against Walker and Mortel—*i.e.*, Counts 3, 4, and 5—are hereby dismissed as to Walker and Mortel, provided, however, that the Court shall have continuing jurisdiction over this

/ / /

/ / /

/ / /

matter as to Walker and Mortel for the purpose of determining and enforcing the pending sanction awards for Plaintiff against Walker and Mortel.

**IT IS SO ORDERED.**

Dated: October 20, 2017 _____

                         Hon. Christina A. Snyder
                         United States District Judge